**STATE of Missouri, Respondent,**

v.

**Howard S. HARMON, Appellant.**

**No. WD 75419.**

Missouri Court of Appeals,
Western District.

Feb. 18, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 25, 2014.

Application for Transfer Denied April 29, 2014.

S. Kate Webber, Kansas City, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY R. GABBERT, JJ.

## ORDER

PER CURIAM:

Mr. Howard S. Harmon appeals convictions for first-degree murder, § 565.020, first-degree robbery, § 569.020, and two counts of armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).